**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICHARD GENE MINER

                                                                                                     PLAINTIFF

ADC #144371

V.                        NO: 2:09CV00185 SWW

HUGHES *et al.*                                                                 DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of July, 2010.

                                                                         /s/Susan Webber Wright
                                                                         UNITED STATES DISTRICT JUDGE